**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**In re:**

**JAMES F. MCHUGH, JR.**

    **Debtor.**

**Case No. 03:17-bk-01011-JAF**

**Chapter 7**

**GORDON P. JONES, IN HIS CAPACITY**
**AS CHAPTER 7 TRUSTEE**

**Adv. Proc. No: 03:17-ap-00108-JAF**

    **Plaintiff,**

**V.**

**NATIONAL AUTOMOTIVE, INC.**

    **Defendant.**

## MOTION FOR FINAL JUDGMENT

Plaintiff, Gordon P. Jones, Chapter 7 Trustee ("Plaintiff"), moves this Court for the entry of a Final Judgment against Defendant, National Automotive, Inc. ("Defendant"). In support thereof, Plaintiff would show:

1.    Plaintiff filed this adversary proceeding seeking (i) that judgment be entered against Defendant, National Automotive, Inc., declaring that the lien in favor of Defendant on the 2008 Chevrolet Cobalt, VIN No. 1G1AK18F887150429 (the "Vehicle") is void as a matter of law; (ii) Judgment against Defendant requiring it to turn over to the Plaintiff, the original Certificate of Title within 10 days from the entry of Final Judgment, with the lien marked as released; and (iii) awarding Plaintiff any other relief to which he may be entitled.

2.    A summons was issued June 9, 2017 in compliance with the Federal Rules of Bankruptcy Procedure.

3.    Service was made in accordance with Rule 7004 on the Defendant.

4.      Service was perfected on Defendant, National Automotive, Inc., Attn: Robin L. Byers, President, by serving same by regular U.S. Mail to her regular place of business located at 615 Queens Harbor Blvd., Jacksonville, FL 32225.

5.      No mail was returned from the Defendant.

6.      No extension of time was sought by the Defendant.

7.      Defendant has failed to file a responsive pleading or motion to the Complaint of the Plaintiff.

8.      Accordingly, Plaintiff obtained a Clerk's Entry of Default on Defendant on July 12, 2017.

9.      Plaintiff seeks Judgment against Defendant, as to all counts, plus Plaintiff's costs herein.

10.      An affidavit of the Plaintiff in support of this Motion is attached hereto as **Exhibit A** and incorporated by reference herein.

WHEREFORE, Plaintiff seeks the entry of a Final Judgment (i) be entered against Defendant, National Automotive, Inc., declaring that the lien in favor of Defendant on the Vehicle is void as a matter of law; (ii) Judgment against Defendant requiring Defendant to turn over to the Plaintiff, the original Certificate of Title within 10 days from the entry of Final Judgment, with the lien marked as released, provided the relief sought in Count I of this Complaint is granted; and (iii) awarding Plaintiff any other relief to which he may be entitled..

Respectfully submitted,

JOHNSON LAW FIRM, P.A.

/s/ Eugene H. Johnson
Eugene H. Johnson, Esq.
Florida Bar No. 0032105
100 N. Laura Street, Ste. 701
Jacksonville, Florida 32202
Telephone: 904-652-2400
Facsimile: 904-652-2401
Email: ehj@johnsonlawpa.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of July, 2017, a copy of the foregoing was furnished by certified U.S. Mail, return receipt requested, to the following:

National Automotive, Inc.
Attn: Robin L. Byers, President
615 Queens Harbor Blvd.
Jacksonville, FL 32225

/s/ Eugene H. Johnson
Eugene H. Johnson, Esq.