ORDERED.

**Dated:   July 13, 2017**

_Jerry A. Funk_
Jerry A. Funk
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | |
|---|---|
| In re:<br>**JAMES F. MCHUGH, JR.**<br><br>   **Debtor.**<br><br>_____<br><br>**GORDON P. JONES, IN HIS CAPACITY<br>AS CHAPTER 7 TRUSTEE**<br><br>   **Plaintiff,**<br>**V.**<br><br>**NATIONAL AUTOMOTIVE, INC.**<br><br>   **Defendant.** | **Case No. 03:17-bk-01011-JAF**<br><br>**Chapter 7**<br><br>**Adv. Proc. No: 03:17-ap-00108-JAF** |

### ORDER GRANTING MOTION FOR FINAL JUDGMENT

This proceeding is before the Court to consider the Motion for Entry of Final Judgment of Plaintiff, Gordon P. Jones, Chapter 7 Trustee (the "Motion") against Defendant, National Automotive, Inc.  Upon consideration of the Motion, the Clerk's Default, all other pleadings, motions, and the affidavit of the Plaintiff and the bank statement attached thereto, the Court considers the matter to be unopposed. Therefore, it is

**ORDERED**:

1.      Plaintiff's Motion is **GRANTED**.

2.      A separate Final Judgment against Defendant, National Automotive, Inc. consistent with this Order shall follow.